# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-160 |
| Plaintiff, ) | |
| ) | ORDER FOR ISSUANCE OF |
| vs. ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM FOR |
| ROBERT OSBORNE, ) | ROBERT OSBORNE |
| Defendant. ) | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ROBERT OSBORNE,** ID# 2709879, before the United States Magistrate Judge at Las Vegas, Nevada, on or about ____ I/A & A/P Fri: 5/6/11  3:00 PM  GWF  3A , for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 4·26·11

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
Assistant United States Attorney
333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-160 |
| Plaintiff, | |
| vs. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR ROBERT OSBORNE |
| ROBERT OSBORNE, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ROBERT OSBORNE**, ID# 2709879, is committed by due process of law in the custody of the Warden, North Las Vegas Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **ROBERT OSBORNE** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **ROBERT OSBORNE** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on ___ I/A & A/P Fri: 5/6/11 3:00 PM GWF 3A ___, for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ROBERT OSBORNE** before the United States Magistrate Judge on or about _____ I/A & A/P Fri: 5/6/11 3:00 PM GWF 3A _____, and any further

1  proceedings and from time to time and day to day thereafter until excused by the Court has
2  been ordered by the United States Magistrate or District Judge for the District of Nevada.
3      WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
4  Prosequendum issue out of this Court, directed to the Warden, North Las Vegas Detention
5  Center and to the United States Marshal for the District of Nevada, commanding them to
6  produce the said **ROBERT OSBORNE** before the United States District Court on or about
7  ——— I/A & A/P Fri: 5/6/11   3:00 PM   GWF   3A ———, and from time to time and day to day thereafter,
8  at such times and places as may be ordered and directed by the Court entitled above, to
9  appear before the Court, and when excused by the said Court, to be returned to the custody
10 of the Warden, North Las Vegas Detention Center, Las Vegas, Nevada.
11     **DATED** this _26_ day of April 2011.
12                              Respectfully submitted,
13                              DANIEL G. BOGDEN
                                United States Attorney
14
15
16                              BRIAN PUGH
                                Assistant United States Attorney

2